DOMINICK QUADARA v. DONALD E. WILLIAMS.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. NORMAN SERUBY.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH S. PORTASH.

January 17, 1978. Petition for certification denied. (See 151 *N. J. Super.* 200)

BERNICE FORGE v. SAFEWAY TRUCKING CO.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. EMMETT JONES.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD RYAN.

January 17, 1978. Petition for certification denied.